UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9829 JAK (MRWx) | Date | November 16, 2015 |
|---|---|---|---|
| Title | Foundton v. Naschem | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

Defendants filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 70.) The motion is accompanied by a statement that indicates that Plaintiff did not provide their portion of the joint motion before the defense filed it and failed to confer with the defense in accordance with this Court's Local Rule 37-1. (Docket # 70-2 at 3 and attachments.)

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff and its attorneys (Wong and Lum) are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by November 25, at 3:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.