UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| FOUNDTON CO., LTD., a China Company,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>NASCHEM CO., LTD, a Korea Company; N.RIT CORPORATION, a California Corporation<br><br>    Defendants and Counterclaimants. | CASE NO.: 14-cv-09829-JAK-MRWx<br><br>Hon. John A. Kronstadt<br><br>**JUDGMENT**<br><br>**JS-6** |
| AND RELATED COUNTERCLAIMS | |

1274384

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. Judgment of non-infringement of U.S. Patent Nos. 8,444,285, 8,201,961, and 8,474,995 is hereby entered in favor of Defendants and against Plaintiff on all claims asserted against Defendants in this action, and all claims asserted by Plaintiff against Defendants in this action are dismissed with prejudice;

2. Defendants' Counterclaims for Invalidity and Non-Infringement of U.S. Patent Nos. 8,444,285, 8,201,961, and 8,474,995 are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2);

3. Defendants' Counterclaims may be reinstated upon a reversal and remand, if any, from any appeal by Plaintiff;

4. Defendants are entitled to seek to recover their costs pursuant to Fed. R. Civ. P. 54(d)(1) and Local Rules 54-2 and 54-3.

DATED: December 13, 2016    By: _____
                               Hon. John A. Kronstadt
                               United States District Judge